**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 04-71-DLB-JGW**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

vs.                              **ORDER**

**BRADLEY ALLEN SMITH**                                           **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Report & Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and that he be sentenced to a term of nine (9) months imprisonment, with ten (10) years of supervised release to follow. (Doc. # 44). As a special condition of supervised release, the Magistrate Judge recommends a nine (9) month term of home detention that consists of GPS monitoring, with Defendant to assist in paying the cost of monitoring. The Magistrate Judge's R&R further recommends that Defendant comply with the Eastern District of Kentucky's Sex Offender Conditions once Defendant is again subject to supervised release. During the final revocation hearing conducted by Magistrate Judge Wehrman on August 31, 2011, Defendant admitted to violating the terms of his release described in the August 29, 2011 Violation Report prepared by U.S. Probation Officer John D'Alessandro.

The parties having waived the fourteen (14) day objection period, as well as implicitly waiving Defendant's right to allocute before the undersigned[1], and further requesting prompt entry of an order from this Court, the R&R is ripe for consideration. Having reviewed the R&R, and the Court concluding it is sound in all respects, including the recommended sentence and the basis for said recommendation in the first full paragraph on page 3 of the R&R, and the Court being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 44) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to **CUSTODY** of the Attorney General for a period of nine (9) months with ten (10) years of supervised release to follow;

5. As a special condition of supervised release, Defendant shall complete a nine (9) month term of home detention, which shall consist of GPS location monitoring. Defendant shall pay some or all of the cost of monitoring;

6. Defendant shall continue on the conditions previously imposed, but shall also adhere to the Eastern District of Kentucky's Sex Offender Conditions;

7. Defendant shall self-surrender to Boone County Jail on **Friday, September 2, 2011 by 6:00 p.m.**; and

6. A Judgment shall be entered concurrently herewith.

---

[1] The record reflects that the parties agreed to waive "everything" which includes the Defendant's right to allocution before the undersigned.

This 1st day of September, 2011.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Covington Criminal\2004\04-71-Order-Adopting-SR-R&R.wpd